The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-342 JLR |
| Plaintiff, | [PROPOSED] ORDER DISMISSING SUPERVISED RELEASE PETITION |
| v. | |
| RAESEAN WALTON, | |
| Defendant. | |

The Court, having considered the United States' Motion to Dismiss the Supervised Release Petition, finds good cause to dismiss the pending Petition alleging violations of defendant Raesean Walton's conditions of supervised release.

Therefore, IT IS ORDERED that the Petition issued on February 8, 2017, is hereby DISMISSED, and Raesean Walton's original term of supervised release shall continue.

DATED this 29th day of August, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Justin W. Arnold
JUSTIN W. ARNOLD
Assistant United States Attorney

U.S. v. Walton, CR11-342 JLR
Motion to Dismiss Petition Alleging
Violations of Supervised Release Conditions - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970